

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| SOLICIUS, LLC AND GOODLEAP, LLC (FORMERLY KNOWN AS LOANPAL), | § | No. 08-22-00146-CV |
|  | § | Appeal from the |
| Appellants, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| SALVADOR MERAZ, | § | (TC# 2021DCV3036) |
| Appellee. | § |  |
|  | § |  |

## O R D E R

The Court GRANTS the Appellee's second motion for extension of time within which to file the brief until **October 31, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. William A. Elias, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before October 31, 2022.

IT IS SO ORDERED this 4th day of October, 2022.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.